**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| THOMAS HUGHES, : | |
| Plaintiff, : | |
| : | Case No. 3:06CV0387 |
| vs. : | District Judge Thomas M. Rose |
| : | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, : | |
| : | |
| Defendant. : | |
| : | |

**DECISION AND ENTRY**

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on February 8, 2008 (Doc. #11) is ADOPTED in full;

    2.        The Commissioner's non-disability determination is AFFIRMED; and

    3.        This case is terminated on the docket of this Court.


February 27, 2008                                         **s/THOMAS M. ROSE**

                                                                                 Thomas M. Rose
                                                          United States District Judge